**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| GINA DELPHIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:11-cv-189 |
| | § | |
| GRAYSON COUNTY, TEXAS, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

This final judgment is entered pursuant to Fed. R. Civ. P. 58 and the court's "Memorandum

Opinion and Order Granting Defendant's Motion for Summary Judgment," signed on December 22,

2011.  In accordance with the rulings set forth in that order, it is hereby **ORDERED** that Plaintiff

take nothing from Defendant and that costs shall be taxed against Plaintiff.

**SIGNED this the 22nd day of December, 2011.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE