UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
August 7, 2012

Lyle W. Cayce
Clerk

No. 12-40102
Summary Calendar

D.C. Docket No. 4:11-CV-189

GINA DELPHIN,

        Plaintiff - Appellant

v.

GRAYSON COUNTY, TEXAS,

        Defendant - Appellee

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SEP 14 2012
DAVID J. MALAND, CLERK
BY
DEPUTY _____

Appeal from the United States District Court for the
Eastern District of Texas, Sherman

Before SMITH, DENNIS, and HAYNES, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE:

AUG 31 2012

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
        Deputy

New Orleans, Louisiana   AUG 31 2012